

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00567-CV

**IN THE INTEREST OF L.J.T.**, a Child

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA01890
Honorable Charles E. Montemayor, Judge Presiding[1]

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's order terminating Appellant Dad's parental rights is AFFIRMED. It is ORDERED that no costs be assessed against Appellant in relation to this appeal because he qualifies as indigent under Rule 20 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 20.

SIGNED February 28, 2018.

_____
Patricia O. Alvarez, Justice

---

[1] This proceeding arises out of Cause No. 2016-PA-01890, styled *In the Interest of L.J.T., a Child*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Cathy Stryker presiding. The termination order in this matter was signed by Associate Judge, the Honorable Charles E. Montemayor.